UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-172-UA(4)

| | |
|---|---|
| IN RE: ) | ORDER TO SEAL |
| ) | INDICTMENT |
| ) | |
| THIRTY NINE COUNT ) | |
| INDICTMENT PRESENTED ON ) | |
| MAY 27, 2015 ) | |

Upon motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on May 27, 2015 be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing arrest warrants for the defendant and to provide copies of the Indictment to the United States Attorney and the United States Probation Office.

It is FURTHER ORDERED that the Clerk unseal and publish the captioned Indictment upon motion of the United States Attorney or upon the expiration of thirty (30) days, whichever event occurs first.

This the 27 day of May, 2015.

UNITED STATES MAGISTRATE JUDGE