IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-172-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LEMONT JERRONE WEBB, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the government's Motion for Order Regarding Protection of Government Grand Jury Return Discovery [DE-238]. Three of the defendants have yet to respond to the motion, namely Farrah Michelle Harrell, Nathune Jamerson Myles, and Adriann Roshanda Currie. *See id.* at 2-3. Those defendants are DIRECTED to file a response to the motion by August 14, 2015. Any defendant who does not respond by that date will be deemed to have consented to the motion. The court will defer ruling on the motion until the responses are received.

SO ORDERED.

This, the 3 day of August, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge