UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-172-F-10

UNITED STATES OF AMERICA )
)
v. )
)
NATHUNE JAMERSON MYLES

**ORDER GRANTING
MOTION TO SEAL**

THIS MATTER is before the Court on defendant's motion to file his unopposed motion

for competency examination under seal. [DE-270, DE-272]

FOR GOOD CAUSE SHOWN, defendant's motion [DE-271] is hereby GRANTED.

SO ORDERED, this the _25_ day of August, 2015.

_James C. Fox_

HON. JAMES C. FOX
SENIOR JUDGE, U.S. DISTRICT COURT