IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-00172-F-10

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| NATHUNE JAMERSON MYLES, | ) | |
| Defendant. | ) | |

This matter is before the court on Nathune Jamerson Myles's Motion for Miscellaneous Relief [DE-370], seeking to have Myles returned to the Eastern District of North Carolina and held here until his case can be disposed of. The court believes that the United States Marshals Service has good reason for placing Myles at Piedmont Regional Jail in Farmville, Virginia. Consequently, Myles's Motion for Miscellaneous Relief [DE-370] is DENIED.

SO ORDERED.

This, the 23 day of February, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge