UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Nos. 5:15-CR-172-F-1
5:15-CR-172-F-2
5:15-CR-172-F-4
5:15-CR-172-F-6
5:15-CR-172-F-8
5:15-CR-172-F-10
5:15-CR-172-F-12
5:15-CR-172-F-14
5:15-CR-172-F-15
5:15-CR-172-F-17
5:15-CR-172-F-18
5:15-CR-172-F-19

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LEMONT JERRONE WEBB, | ) | |
| ANTOINE DEWAYNE MYLES, | ) | |
| DOUGLAS EARL REGISTER, | ) | |
| RONALD DEVON PEGUES, | ) | |
| **CLEVELAND MYLES**, | ) | **AMENDED ORDER**[1] |
| NATHUNE JAMERSON MYLES, | ) | |
| CARLOS EDWARD CARMELO, | ) | |
| CHRISTOPHER LEE JOHNSON, | ) | |
| **MAURICE SHAUNT BLANKS**, | ) | |
| **CHAPMAN DARNELL CARROLL**, | ) | |
| HARRY MYLES, SR., | ) | |
| SOPHIA LATRICE EADDY MYLES, | ) | |
| | ) | |
| Defendants. | ) | |

Before the court are the unopposed motions of defendants Cleveland Myles, Chapman Darnell Carroll and Maurice Shaunt Blanks to extend the time to file pretrial motions and to

---

[1] The original Order, docket entry 400, inadvertently omitted the trial date. This Amended Order corrects that oversight and is entered nunc pro tunc to February 24, 2016.

continue arraignment and trial. [DEs 386-388]. Pretrial motions are presently due no later than February 22, 2016. The arraignment and trial date for this matter is currently scheduled for the March 28, 2016 term of court.

For good cause shown, these motions are ALLOWED. Because defendants and codefendants are joined in a single indictment, and no severance has been allowed, the arraignment and trial date for all defendants who have not entered into plea agreements in this matter is CONTINUED to the court's **May 9, 2016** term.[2] *See* 18 U.S.C. § 3161(h)(6). Also, the deadline for pretrial motions for those defendants is CONTINUED to **March 23, 2016**, with responses thereto due no later than **April 6, 2016**.

For the reasons stated in defendant's motion, the court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. Accordingly, the period of delay necessitated by this continuance is excluded from the speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

Defendant Antoine Dewayne Myles' motion [DE 406] for clarification on sentencing is DENIED AS MOOT.

SO ORDERED.

This the 1st day of March, 2016.

_____
JAMES C. FOX
Senior United States District Judge

---

[2] The following co-defendants entered pleas of guilty during their respective arraignment hearings: (1) Farrah Michelle Harrell, 5:15-CR-172-F-3 [DE 361]; (2) John Bernard Taylor, Jr., 5:15-CR-172-F-5 [DE 376]; (3) Major Lewis Clark Jr., 5:15-CR-172-F-7 [DE 276]; (4) Larry Donnell Pearsall, 5:15-CR-172-F-9 [DE 325]; (5) Adriann Roshanda Currie, 5:15-CR-172-F-11 [DE 327]; (6) Tiwana Jennelle Smith, 5:15-CR-172-F-13 [DE 359]; and (7) Janice Marie Smith, 5:15-CR-172-F-16 [DE 281].