IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-00172-F-10

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| NATHUNE JAMERSON MYLES, | ) | |
| Defendant. | ) | |

This matter is before the court on Nathune Jamerson Myles's Motion to Seal [DE-448]. For good cause shown, the Motion to Seal [DE-448] is ALLOWED. The Clerk is DIRECTED to send a copy of DE-447 to AUSA Jennifer E. Wells.

SO ORDERED.

This, the 26 day of April, 2016.

JAMES C. FOX
Senior United States District Judge