IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-172-F-10

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER TO SEAL** |
| ) | |
| NATHUE JAMERSON MYLES, ) | |
| ) | |
| Defendant. ) | |

Before the court is the motion of Defendant Nathue Jamerson Myles to file docket entry number 561 under seal pursuant to Local Criminal Rule 55.2. [DE 562]. For good cause shown, the motion is ALLOWED and docket entry number 561 shall be filed under seal.

SO ORDERED.

This the 15th day of August, 2016.

*James C. Fox*
**JAMES C. FOX**
Senior United States District Judge