IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-172-F-10

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>vs. )<br>)<br>NATHUE JAMERSON MYLES, )<br>)<br>Defendant. )<br>) | **ORDER TO SEAL** |

Before the court is the Government's corrected motion to file docket entry number 563 under seal pursuant to Local Criminal Rule 55.2. [DE 565]. For good cause shown, the motion is ALLOWED and docket entry number 563 shall be filed under seal. The original motion to seal [DE 564] is DISMISSED AS MOOT.

SO ORDERED.

This the 15th day of August, 2016.

*[signature]*

JAMES C. FOX
Senior United States District Judge