UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Nos. 5:15-CR-172-F-1
5:15-CR-172-F-2
5:15-CR-172-F-4
5:15-CR-172-F-6
5:15-CR-172-F-8
5:15-CR-172-F-10
5:15-CR-172-F-12
5:15-CR-172-F-15
5:15-CR-172-F-17
5:15-CR-172-F-18
5:15-CR-172-F-19

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) |
| LEMONT JERRONE WEBB, | ) |
| ANTOINE DEWAYNE MYLES, | ) |
| DOUGLAS EARL REGISTER, | ) |
| RONALD DEVON PEGUES, | ) |
| CLEVELAND MYLES, | ) |
| NATHUNE JAMERSON MYLES, | ) **AMENDED ORDER**[1] |
| CARLOS EDWARD CARMELO, | ) |
| MAURICE SHAUNT BLANKS, | ) |
| CHAPMAN DARNELL CARROLL, | ) |
| HARRY MYLES, SR., | ) |
| SOPHIA LATRICE EADDY MYLES, | ) |
| | ) |
| Defendants. | ) |

The matter is before the court *sua sponte*. On September 7, 2016, the North Carolina State Bar issued an Order of Discipline against counsel for Sophia Myles. On October 6, 2016, the court held a hearing on the Government's motion to address the status of counsel for Mr.

---

[1] The original Order, docket entry 616, inadvertently omitted Maurice Shaunt Blanks from the caption and erroneously identified Blanks as one of nine co-defendants with a plea agreement in place. This Amended Order corrects that oversight. *See* [DE 598] (minute entry for August 31, 2016 noting Blanks' decision to enter a change of plea in lieu of proceeding with his sentencing hearing).

Myles. Given new counsel must be appointed to represent Ms. Myles, the court finds continuance of the arraignment and trial date is necessary.

Because defendants are joined in a single indictment, and no severance has been allowed, the arraignment and trial date for all defendants who have not entered into plea agreements in this matter is CONTINUED to the court's **March 6, 2017 term**.[2] *See* 18 U.S.C. § 3161(h)(6).

For the reasons stated above, the court finds the ends of justice served by granting this continuance outweigh the best interests of the public and defendants in a speedy trial. Accordingly, the period of delay necessitated by this continuance is excluded from the speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

This the 6th day of October, 2016.

*James C. Fox*

**JAMES C. FOX**
Senior United States District Judge

---

[2] The following co-defendants entered pleas of guilty during their respective arraignment hearings: (1) Farrah Michelle Harrell, 5:15-CR-172-F-3 [DE 361]; (2) John Bernard Taylor, Jr., 5:15-CR-172-F-5 [DE 376]; (3) Major Lewis Clark Jr., 5:15-CR-172-F-7 [DE 276]; (4) Larry Donnell Pearsall, 5:15-CR-172-F-9 [DE 325]; (5) Adriann Roshanda Currie, 5:15-CR-172-F-11 [DE 327]; (6) Tiwana Jennelle Smith, 5:15-CR-172-F-13 [DE 359]; (7) Christopher Lee Johnson, 5:15-CR-172-F-14 [DE 542]; and (8) Janice Marie Smith, 5:15-CR-172-F-16 [DE 281].