IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-00172-BO-10

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| NATHUE JAMERSON MYLES | ) |

**ORDER**
**GRANTING MOTION TO SEAL**

THIS MATTER is before the court on defendant's motion to file under SEAL a memorandum in support of his motion for reconsideration of the issue of competency to proceed, with nine attached exhibits from medical records.

FOR GOOD CAUSE SHOWN, the defendant's motion is hereby GRANTED, and the document shall be filed under SEAL.

SO ORDERED, this the 27 day of March, 2017.

*Terrence W. Boyle*

HON. TERRENCE W. BOYLE
Judge, United States District Court