UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-172-BO-10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| NATHUNE JAMERSON MYLES ) | |

Upon motion of the United States, it is hereby ORDERED that the Clerk seal Docket Entry Number 780 and its accompanying Order in the above-captioned case.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

This the __10__ day of __April__, 2017.

_____
TERRENCE W. BOYLE
United States District Judge