IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-00172-BO-10

| UNITED STATES OF AMERICA | ) |
|---|---|
| | ) |
| v. | ) |
| | ) |
| NATHUE JAMERSON MYLES | ) |

**ORDER**
**GRANTING MOTION TO SEAL**

THIS MATTER is before the court on defendant's motion to file the forensic reports of Dr. George P. Corvin, M.D. and Dr. James H. Hilkey, Ph.D. under seal.

FOR GOOD CAUSE, the defendant's motion is hereby GRANTED, and the document shall be filed under SEAL.

SO ORDERED, this the _11_ day of ~~March~~ April, 2017.

HON. TERRENCE W. BOYLE
Judge, United States District Court