

**U. S. DEPARTMENT OF JUSTICE**
FEDERAL BUREAU OF PRISONS
FEDERAL MEDICAL CENTER

---

P. O. Box 1600
Butner, North Carolina 27509-1600
(919) 575-3900

May 2, 2017

The Honorable Terrence W. Boyle
United States District Court
306 East Main Street
Elizabeth City, North Carolina 27909

RE: MYLES, Nathune Jamerson
Register Number: 59336-056
Docket Number: 5:15-cr-00172-BO-10

Dear Judge Boyle:

The above-referenced individual was admitted to the Mental Health Unit of FMC-Butner on April 18, 2017, pursuant to the provisions of Title 18, United States Code, Section 4241b and 4242.

Currently, the assigned Treatment Team members are conducting interviews and psychological testing, which are necessary to complete his evaluation. In order to provide the Court with a comprehensive evaluation, I respectfully request that his evaluation period begin on the day of his arrival and be extended for an additional 30 days. If this request is granted, the evaluation period will end on July 1, 2017. My staff will complete the evaluation as soon as possible and have a final report to the Court within 14 <u>working days</u> of the end date. If you concur, please forward a signed copy of this letter or the amended Order via fax to (919) 575-4866 to the attention of Inmate Systems Management. In addition, please send a certified copy to the Records Office at FMC Butner.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact Ms. Kelly Forbes, Health Systems Specialist, extension 6030.

Respectfully,

J. C. Holland
Complex Warden

~~GRANTED~~ DENIED (Circle One)

Signature: _Terrence Boyle_  DATE: _5-5-17_
District Judge Terrence W. Boyle