IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-172-10BO

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) |
| | ) |
| NATHUNE JAMERSON MYLES | ) |

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of the Memorandum of Plea Agreement entered into by the defendant, Nathune Jamerson Myles, on November 6, 2017, the Court finds that the following property is hereby forfeitable pursuant to 21 U.S.C. § 853, to wit:

1) $923,200 in U.S. currency, representing the gross proceeds of the offense set forth in Count One of this Superseding Criminal Indictment;

2) One 2000 Cadillac Escalade - VIN: 1GYEK13R1YR102361;

3) One 2002 Suzuki GSX-R1000 Motorcycle - VIN: JS1GT74A422106101;

4) One 2008 Suzuki Motorcycle - VIN: JS1GX72A682113387;

5) One 2002 Ford DRW Super Duty Truck - VIN: 1FTWW32S52EA63383;

6) One 1996 Cadillac Deville - VIN: 1G6KD52Y4TU277070;

7) One 2004 Cadillac TS 4-Door - VIN: 1G6DM577540119225;

8) One 2005 Cadillac CTS - VIN: 1G6DP567250112906;

9) One 2006 Mercury Mountaineer - VIN: 4M2EU47EX6UJ02209;

1

10) One 2005 Cadillac CTS HI FEAT - VIN: 1G6DP567050165118;

11) One 2002 Lincoln LS - VIN: 1LNHM87A32Y689617;

12) One 2004 Cadillac CTS 4-Door - VIN: 1G6DM577840189575;

13) One 2005 Chrysler 300 - VIN: 2C3JA53G25H108327;

14) One 2008 Chevrolet Wrecker - VIN: 1GBJC34658E213833;

15) One 2003 International Wrecker - VIN: 1HTMPAFM83H565490;

16) One 2008 Honda Odyssey - VIN: 5FNRL38738B035744;

17) One 2003 Hummer - VIN: 5GRGN23U83H119476;

18) One 2004 GMC Envoy - VIN: 1GKES12S546178613;

19) One 2002 GMC C-Series Truck - VIN1GDJ6H1C12J505466;

20) One 2003 Mercedes Benz E320 - VIN: WDBUF65J33A368545;

21) One 2000 Ford LGT Truck - VIN: 1FTZX1722YNB77809;

22) One 2003 Suzuki GSX-R100 Motorcycle, VIN: JS1GT75A832109079;

23) One 2002 DRW Super Duty Truck - VIN: 1FTWW32F42EA65208;

24) One 2009 Mercedes Benz - VIN: WDDGF54XX9F234440;

25) One approximately 1.0 acre tract of real property, with all improvements thereto, located in Cumberland County, North Carolina, and more fully described in a deed recorded in book 7920, page 0801 of the Cumberland County Registry, being titled in the name of Harry Myles, and having the street address of 8212 Godwin Falcon Road, Godwin, North Carolina.

26) One approximately 1.0 acre tract of real property, with all improvements thereto, located in Cumberland County, North

Carolina, and more fully described in a deed recorded in book 6630, page 503 of the Cumberland County Registry, being titled in the name of Harry Myles, and having the street address of 8206 Godwin Falcon Road, Godwin, North Carolina.

27) One approximately .95 acre tract of real property, with all improvements thereto, located in Cumberland County, North Carolina, and more fully described in a deed recorded in book 08449, page 606 of the Cumberland County Registry, being titled in the name of Harry Myles, and having the street address of 8201 Godwin Falcon Road, Godwin, North Carolina.

28) One approximately .67 acre tract of real property, with all improvements thereto, located in Harnett County, North Carolina, and more fully described in a deed recorded in book 01495, page 0473 of the Harnett County Registry, being titled in the names of Douglas Earl Register and wife, Lori Denise Jones Register, and having the street address of 192 Bears Lane, Dunn, North Carolina.

AND WHEREAS, by virtue of said Memorandum of Plea Agreement the United States is now entitled to possession of said property, as allowed by Fed. R. Crim. P. 32.2 (b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement as to the defendant, Nathune Jamerson Myles, the United States is hereby AUTHORIZED to seize the above-stated property and

currency, and it is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order and Judgment is final as to the defendant upon entry.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Preliminary Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

3. Pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General or the Secretary of Treasury, by publishing and sending notice in the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendant, having or claiming any legal interest in the subject property must file a petition with the Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property,

and must include any additional facts supporting the petitioner's claim and the relief sought.

4. That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, as required by Fed. R. Crim. P. 32.2(c).

SO ORDERED. This _21_ day of _December_, 2017.

_____
TERRENCE W. BOYLE
United States District Judge